UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

FIRST CONNECTICUT CONSULTING GROUP, *
INC., ET AL *
          Appellants     *
                                  *     Civil Action No. 2:04-cv-230
          v.                *
                                  *
PETER MOCCO and LORRAINE MOCCO, *
          Appellees      *

## STATEMENT OF ISSUES AND
## DESIGNATION OF RECORD ON APPEAL

### Statement of Issues

The overall issue is whether the Bankruptcy Court correctly granted the Moccos' Motion under 11 U.S.C.§1112(b) to Dismiss the Chapter 11 bankruptcy petitions for First Connecticut Holding Group LLCs II, III, X, XI and XIII. The District Court must address the following issues to resolve that question.

1. Did James and Cynthia Licata hold the certificates for First Connecticut Holding Group LLCs II, III, X, XI and XIII as legal and beneficial owners or as Moccos' nominees?

2. Did the Moccos satisfy the conditions of the May 1, 1997 Escrow Agreement to become eligible to purchase the Licatas' First Connecticut LLCs certificates for $1.00?

3. Is the May 1,1997 Escrow Agreement an enforceable contract or an unaccepted counteroffer?

4. Did James and Cynthia Licata file Chapter 11 Bankruptcy Petitions for First Connecticut Holding Group LLCs II, III, X, XI and XIII in bad faith?

5. Could the Bankruptcy Court adjudicate title to Licatas' LLC II, III, X, XI and XIII certificates without Cynthia and James Licata, and other necessary parties, being joined in a declaratory action under Bankruptcy Rules 7001(2) (9) and 7019?

### Designation of Record

Pursuant to LBR 8006-1 Appellants submit the following marked docket sheets in these jointly administered cases to indicate the documents designated for the record:

1. U. S. Bankruptcy Court
   District of Vermont
   Miscellaneous Proceeding 04-00101

2. U. S. Bankruptcy Court
   District of Connecticut (Bridgeport)
   First Connecticut Consulting Group, Inc.
   Bankruptcy Petition #02-50852
   & Excerpts from Claims Register

3. U. S. Bankruptcy Court
   District of Connecticut (Bridgeport)
   James J. Licata
   Bankruptcy Petition #02-51167

4. U. S. Bankruptcy Court
   District of Connecticut (Bridgeport)
   First Connecticut Holding Group, LLC II
   Bankruptcy Petition #02-51177
   & Excerpts from Claims Register

5. U. S. Bankruptcy Court
   District of Connecticut (Bridgeport)
   First Connecticut Holding Group, LLC III
   Bankruptcy Petition #02-51197
   & Excerpts from Claims Register

6. U. S. Bankruptcy Court
   District of Connecticut (Bridgeport)
   First Connecticut Holding Group, LLC X
   Bankruptcy Petition #02-51180
   & Excerpts from Claims Register

7. U. S. Bankruptcy Court
   District of Connecticut (Bridgeport)
   First Connecticut Holding Group, LLC XI
   Bankruptcy Petition # 02-51198
   & Excerpts from Claims Register

8. U. S. Bankruptcy Court
   District of Connecticut (Bridgeport)
   First Connecticut Holding Group, LLC XIII
   Bankruptcy Petition #02-51181
   & Excerpts from Claims Register

Dated at Rutland, Vermont this 30th day of November 2004.

FIRST CONNECTICUT CONSULTING GROUP, INC.,
ET AL, Appellants

By _/s/ James Anderson_
James B. Anderson, Esq.
Ryan Smith & Carbine, Ltd.
P. O. Box 310
Rutland, VT 05702-0310

326998-7878/1

2

**APPEAL**

# U.S. Bankruptcy Court
## District of Vermont (Rutland)
## Miscellaneous Proceeding #: 04-00101

*Assigned to:* Colleen A. Brown

*Date Filed:* 01/02/04

**Debtor**
-----------------------

**First Connecticut Consulting Group, Inc.**
c/o Ronald L. Castle
Arent, Fox Kinter, etal.
1050 Connecticut Avenue, Northwest
5th Floor
Washington, DC 20036-5339

represented by **James B Anderson**
Ryan Smith & Carbine LTD
PO Box 310
Rutland, VT 05702-0310
(802) 786-1000

**Lisa A. Estrada**
Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, NW
Washington, DC 20016-5119
(202) 828-3424
Fax : (202) 857-6395
Email: estrada.lisa@arentfox.com

**Ronald L Castle**
Arent Fox Kintner Plotkin & Kahn PLLC
1050 Connecticut Avenue, NW
Washington, DC 20016-5119
(202) 857-6188
Fax : (202) 857-6395
Email: castle.ronald@arentfox.com

**First Connecticut Holding Group, LLC II**

represented by **James B Anderson**
(See above for address)

**Lisa A. Estrada**
(See above for address)

**Ronald L Castle**
(See above for address)

**First Connecticut Holding Group, LLC III**

represented by **James B Anderson**
(See above for address)

**Lisa A. Estrada**

|  |  |
|---|---|
|  | (See above for address) |
|  | **Ronald L Castle**<br>(See above for address) |
| **First Connecticut Holding Group, LLC X** | represented by **James B Anderson**<br>(See above for address) |
|  | **Lisa A. Estrada**<br>(See above for address) |
|  | **Ronald L Castle**<br>(See above for address) |
| **First Connecticut Holding Group, LLC XI** | represented by **James B Anderson**<br>(See above for address) |
|  | **Lisa A. Estrada**<br>(See above for address) |
|  | **Ronald L Castle**<br>(See above for address) |
| **First Connecticut Holding Group, LLC XIII** | represented by **James B Anderson**<br>(See above for address) |
|  | **Lisa A. Estrada**<br>(See above for address) |
|  | **Ronald L Castle**<br>(See above for address) |

**U.S. Trustee**
--------------------------

**Steven E. Mackey**                        represented by
Office of the US Trustee                        **Steven E. Mackey**
One Century Tower                               PRO SE
265 Church St., Ste. 1103
New Haven, CT 06510


**Creditor Committee**
--------------------------

**Unsecured Creditors' Committee**
c/o Alan J. Brody
Buchanan Ingersoll, Professional
Corpora  ,
700 Alexander Park, Suite 300
Princeton, NJ 08540
609-987-6840

**Official Committees of Unsecured**        represented by  **Alan J. Brody**

**Creditors**
Buchanan Ingersoll PC
700 Alexander Park
Suite 300
Princeton, NJ 08540
609-987-6840

Buchanan Ingersoll PC
700 Alexander Park
Suite 300
Princeton, NJ 08540
(609) 987-6840
Fax : (609) 520-0360
Email: brodyaj@bipc.com

**James R. Byrne**
Tyler, Cooper & Alcom, LLP
185 Asylum St.
City Place/ 35th Fl
Hartford, CT 06103-6201
860-725-6201
Fax : 860-278-3802
Email: byrne@tylercooper.com

**Scott J. Good**
Buchanan Ingersoll PC
700 Alexander Park
Suite 300
Princeton, NJ 08540
(609) 987-6840
Fax : (609) 520-0360

| Filing Date | # | Docket Text |
|---|---|---|
| 01/02/2004 | 1 | Miscellaneous Proceeding. Order for Change of Venue to the District of Vermont Pursuant to 28 USC Sec. 1412. (Ford, Kathleen USBC-VT) (Entered: 01/02/2004) |
| 01/02/2004 | 2 | Certified Copy of Docket for District of Connecticut Case No 02-50852 In re: First Connecticut Conulting Group, Inc. (Ford, Kathleen USBC-VT) (Entered: 01/02/2004) |
| 01/02/2004 | 3 | Motion to Dismiss Case , Motion for Sanctions Filed by Lorraine Mocco , Peter Mocco . (Ford, Kathleen USBC-VT) (Entered: 01/02/2004) |
| 01/06/2004 | 4 | Scheduling Order Re: 3 Motion to Dismiss Case and For Sanctions. Discovery due by 1/12/2004. By 1/12/2004, a Joint Stipulated List of Documents to be Filed in this Case and each document shall be filed electronically with this Court. Motions to Appear *Pro HacVice* shall be filed by 1/15/2004. Notices of Appearance shall be filed by 1/16/2004. Any Motion for Summary Judgment must be filed by 1/16/2004, and any responses by 5:00 pm 1/23/2004. Final Pre-trial Statement shall be filed by 5:00 pm 1/28/2004. Any bench memoranda shall be filed by 5:00pm 1/29/2004. Any Motion in |

| | | |
|---|---|---|
| | | Limine shall be filed noon on 1/29/2004. Trial date set for 2/2/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. Order served by e-mail to parties listed on order & by fed ex to C. Licata. (Edlund, S. Rebecca USBC-VT) Modified on 1/6/2004 (Edlund, S. Rebecca USBC-VT). (Entered: 01/06/2004) |
| 01/06/2004 | | Trial Hearing Date per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/4/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/06/2004) |
| 01/07/2004 | 5 | Motion to Admission pro hac vice. Filed by First Connecticut Consulting Group, Inc. . (Attachments: # 1 Affidavit of Ronald L. Castle# 2 Affidavit of Lisa Aynne Estrada# 3 Certificate of Service) (Edlund, S. Rebecca USBC-VT) (Entered: 01/09/2004) |
| 01/09/2004 | | Action Due Re: 5 Motion to Appear pro hac vice. Voice mail to both R. Castle & L. Estrada requesting P/O & also current phone # for L. Estrada. Action Due by: 1/13/2004. (Edlund, S. Rebecca USBC-VT) (Entered: 01/09/2004) |
| 01/09/2004 | 6 | Notice of Appearance and Request for Notice *For Service of Papers and Reservation of Rights* by Alan J. Brody Filed by Alan J. Brody on behalf of Official Committees of Unsecured Creditors. (Brody, Alan) (Entered: 01/09/2004) |
| 01/09/2004 | 7 | Motion to Appear pro hac vice *to Admit Alan J. Brody as Counsel* Filed by Alan J. Brody on behalf of Official Committees of Unsecured Creditors. (Attachments: # 1 Proposed Order) (Brody, Alan) (Entered: 01/09/2004) |
| 01/09/2004 | 8 | Motion to Appear pro hac vice *to Admit Scott J. Good, Esq., as Counsel* Filed by Alan J. Brody on behalf of Official Committees of Unsecured Creditors. (Attachments: # 1 Proposed Order) (Brody, Alan) (Entered: 01/09/2004) |
| 01/09/2004 | 9 | Proposed Order Re: 5 Motion to Appear pro hac vice. Filed by First Connecticut Consulting Group, Inc. (Edlund, S. Rebecca USBC-VT) Modified on 1/9/2004 to add attachment # 1 Cover Letter w/ Lisa Estrada's correct phone number (Edlund, S. Rebecca USBC-VT). (Entered: 01/09/2004) |
| 01/12/2004 | 10 | Joint Stipulation By First Connecticut Consulting Group, Inc., First Connecticut Holding Group, LLC X, First Connecticut Holding Group, LLC II, First Connecticut Holding Group, LLC III, First Connecticut Holding Group, LLC XI, First Connecticut Holding Group, LLC XIII, Lorraine Mocco, Peter Mocco and Between James A. Scarpone Filed by Ronald L Castle of Arent Fox Kintner Plotkin |

| | | |
|---|---|---|
| | | & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc., First Connecticut Holding Group, LLC X, First Connecticut Holding Group, LLC II, First Connecticut Holding Group, LLC III, First Connecticut Holding Group, LLC XI, First Connecticut Holding Group, LLC XIII, Lorraine Mocco, Peter Mocco. (Attachments: # 1 Affidavit # 2 Motion by Debtor In Limine to Preclude Admission of Evidence Relation to Alleged September 1996 Agreement# 3 Debtor's Brief in Support of Its Motion in Limine# 4 Motion for Protective Order# 5 Objection by Debtor's to Motion for Reconsideration# 6 Reply in Further Support of Motion in Limine# 7 Objection by Debtor to Motions to Continue and to Dismiss# 8 Objerction by Debtors to Motion to Dismiss# 9 Reply in Further Support of Debtor's Motion In Limine to Preclude Admission of Evidence Relating to Alleged September 1996 Agreement) (Castle, Ronald) (Entered: 01/12/2004) |
| 01/12/2004 | 23 | Motion by Debtor in Limine to Preclude Admission of Evidence Relating to Alleged September 1996 Agreement, w/C/S. District of Conn. Doc #274. Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. (Edlund, S. Rebecca USBC-VT) (Entered: 01/14/2004) |
| 01/12/2004 | 24 | Debtors Brief in Support of Its 23 Motion by Debtor in Limine to Preclude Admission of Evidence Relating to Alleged September 1996 Agreement. District of Conn. Doc #275. Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. (Edlund, S. Rebecca USBC-VT) Modified on 1/14/2004 to include: This document is replacment provided by movant as original filing supplied in 10 Stipulation was incomplete. (Edlund, S. Rebecca USBC-VT). (Entered: 01/14/2004) |
| 01/12/2004 | 25 | Motion for Protective Order and Further Motion in Limine To Restrict Issues Subject to Trial Beginning July 15, 2003., w/C/S. District of Connecticut Doc #303. Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. (Edlund, S. Rebecca USBC-VT) (Entered: 01/14/2004) |
| 01/12/2004 | 26 | Debtors Objection to 20 Motion to Reconsider Ruling on Issue to be Tried On Motion to Dismiss Chapter 11 Cases and For Sanctions, w/C/S. District of Conn Doc. #307 Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. (Edlund, S. Rebecca USBC-VT) (Entered: 01/14/2004) |
| 01/12/2004 | 27 | Reply in Further Support of Debtors' 23 Motion in Limine to Preclude Admission of Evidence Relating to Alleged September 1996 Agreement, w/C/S. District of Conn Doc. # 313. Filed by Ronald L |

| | | |
|---|---|---|
| | | Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. (Edlund, S. Rebecca USBC-VT) (Entered: 01/14/2004) |
| 01/12/2004 | 28 | Debtors' Objection to 16 Moccos' Motion to Extension of Discovery Deadline and for Continuance of Hearing on Motion to Dismiss Chapter 11 Cases and for Sanctions, w/C/S. District of Connecticut Doc # 321. Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. (Edlund, S. Rebecca USBC-VT) (Entered: 01/14/2004) |
| 01/12/2004 | 29 | Objection by Debtor to 3 Motion to Dismiss Case and For Sanctions w/C/S. Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. (Edlund, S. Rebecca USBC-VT) Modified on 1/20/2004 to edit text to include D. of Conn Doc. # 336 and to create document relationships. (Related doc(s) 3 18) (Edlund, S. Rebecca USBC-VT). (Entered: 01/14/2004) |
| 01/13/2004 | 11 | Order Authorizing Admission *Pro Hac Vice* of Alan J. Brody, Esq. (Related Doc # 7) (Edlund, S. Rebecca USBC-VT) (Entered: 01/13/2004) |
| 01/13/2004 | 12 | Order Authorizing Admission *Pro Hac Vice* of Scott J. Good, Esq. (Related Doc # 8) (Edlund, S. Rebecca USBC-VT) (Entered: 01/13/2004) |
| 01/13/2004 | 13 | Order On Motion for Admission *Pro Hac Vice* Of Ronald L. Castle and Lisa A. Estrada. (Related Doc # 5) (Edlund, S. Rebecca USBC-VT) (Entered: 01/13/2004) |
| 01/13/2004 | | ENTRY Re: 3 Motion to Dismiss Case, Motion for Sanctions. Debtors attorneys will be docketing & identifying themselves as representing First Connecticut Consulting Group, Inc. ONLY. By inference, their representation is of all of the Debtors entities, unless stated otherwise. Attorneys who have made appearances have been informed by phone. (Edlund, S. Rebecca USBC-VT) (Entered: 01/13/2004) |
| 01/14/2004 | 14 | Motion to Appear pro hac vice Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/14/2004 to break documents out into attachments# 1 Motion# 2 Affidavit# 3 Proposed Order# 4 Certificate of Service (Ford, Kathleen USBC-VT). (Entered: 01/14/2004) |
| 01/14/2004 | 15 | Motion to Appear pro hac vice *filed on behalf of James A. Scarpone* Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/14/2004 to |

| | | |
|---|---|---|
| | | break documents out into attachments# 1 Motion# 2 Affidavit# 3 Proposed Order# 4 Certificate of Service.(Ford, Kathleen USBC-VT). (Entered: 01/14/2004) |
| 01/14/2004 | 16 | Motion to Extend Time *of Discovery Deadline and for Continuance of Hearing on Motion to Dismiss Chapter 11 Cases and for Sanctions* Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. Objections due by 1/5/2004. (Goldman, Irve) Modified on 1/20/2004 to edit text to include D. of Conn Doc. # 321 and to create document relationships. (Related doc(s) 3 18 (Edlund, S. Rebecca USBC-VT). (Entered: 01/14/2004) |
| 01/14/2004 | 17 | Affidavit Re: *Certifying Authenticity of Documents Filed* Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/14/2004 to include # 1 Signed Affiadvit (Edlund, S. Rebecca USBC-VT). (Entered: 01/14/2004) |
| 01/14/2004 | 18 | Motion to Dismiss Case *and for Sanctions. District of Conn Doc. # 154.* Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/20/2004 to note this document is duplicate of Motion 3. (Edlund, S. Rebecca USBC-VT). (Entered: 01/14/2004) |
| 01/14/2004 | 19 | Objection to *Debtors' 25 Motion for Protective Order and Further Motion In LImine to Restrict Issues Subject to Trial Beginning July 15, 2003* Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/20/2004 to edit text to include D. of Conn Doc. # 333 and to create document relationships. (Related doc(s) 25) (Edlund, S. Rebecca USBC-VT). (Entered: 01/14/2004) |
| 01/14/2004 | 20 | Motion to Reconsider *Ruling on Issue to be Tried On 3 Motion to Dismiss Chapter 11 Cases and For Sanctions* Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/20/2004 to edit text to include D. of Conn Doc. # 286 and to create document relationships. (Related doc(s) 3 18) (Edlund, S. Rebecca USBC-VT). (Entered: 01/14/2004) |
| 01/14/2004 | 21 | Brief *Mocco Parties' Summary Statement of the Issues for Trial On the Pending Contested 3 Motion to Dismiss Certain Remaining Chapter 11 Cases* Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/20/2004 to create document relationships. (Related doc(s) 3) (Edlund, S. Rebecca USBC-VT). (Entered: 01/14/2004) |
| 01/14/2004 | | Action Due Re: 17 Affidavit & 21 Brief. Action Due by: 1/15/2004. Per phone call w/Irve Goldman, request for signed copy of affidavit |

| | | |
|---|---|---|
| | | and for review of completeness of 21 Brief. (Edlund, S. Rebecca USBC-VT) (Entered: 01/14/2004) |
| 01/14/2004 | 22 | Joint Stipulation *Respecting Briefing Schedules and Page Limits* By First Connecticut Consulting Group, Inc., Lorraine Mocco, Peter Mocco and Between James A. Scarpone Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc., Lorraine Mocco, Peter Mocco Re: 4 Scheduling Order. (Castle, Ronald) (Entered: 01/14/2004) |
| 01/14/2004 | | CORRECTIVE ENTRY Re: 10 Stipulation. The following were filed as attachments to the stipulation, and are now entered as individual filings:23 Motion, 29 Objection, 24 Brief, 25 Motion, Motion for Protective Order, 26 Objection, 27 Reply, 28 Objection. (Edlund, S. Rebecca USBC-VT) (Entered: 01/14/2004) |
| 01/15/2004 | 30 | Stipulated Order Respecting Briefing Schedules and Page Limits.Re: 4 Scheduling Order, 22 Stipulation. Motions for Sumary Judgment and oppositions to be filed on or before noon on Sunday January 18, and 25, 2004, respectively. Document served by fax on Attys Scarpone and Castle.(Ford, Kathleen USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | 31 | Notice of Appearance and Request for Notice *for Service of Papers and Reservation of Rights on behalf of James R. Byrne* by Alan J. Brody Filed by Alan J. Brody of Buchanan Ingersoll PC on behalf of Official Committees of Unsecured Creditors. (Brody, Alan) (Entered: 01/15/2004) |
| 01/15/2004 | 32 | Signed Affidavit Re: 14 Motion to Appear pro hac vice by Irve J. Goldman. Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco , Peter Mocco (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | 33 | Signed Affidavit Re: 17 Affidavit. Filed by Irve Goldman of Pullman & Comley on behalf of Lorraine Mocco , Peter Mocco (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/9/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/10/2004 at 01:00 PM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |

| | | |
|---|---|---|
| 01/15/2004 | | Trial Hearing per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/11/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/12/2004 at 08:30 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/13/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/19/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/20/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing, additional date if necessary, per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/25/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing, additional date if necessary, per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/26/2004 at 08:30 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | | Trial Hearing, additional date if necessary, per 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/27/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/15/2004) |
| 01/15/2004 | 34 | Affidavit Re: *Alan J. Brody* Filed by Alan J. Brody of Buchanan Ingersoll PC on behalf of Official Committees of Unsecured Creditors Re: 7 Motion to Appear pro hac vice. (Brody, Alan) (Entered: 01/15/2004) |

| | | |
|---|---|---|
| 01/15/2004 | 35 | Affidavit Re: *Scott J. Good* Filed by Alan J. Brody of Buchanan Ingersoll PC on behalf of Official Committees of Unsecured Creditors Re: 8 Motion to Appear pro hac vice. (Brody, Alan) (Entered: 01/15/2004) |
| 01/15/2004 | 36 | Motion to Appear pro hac vice *to Admit James R. Byrne, Esq., as Counsel* Filed by Alan J. Brody of Buchanan Ingersoll PC on behalf of Official Committees of Unsecured Creditors. (Attachments: # 1 Affidavit # 2 Proposed Order) (Brody, Alan) (Entered: 01/15/2004) |
| 01/15/2004 | 37 | Certificate of Service by Bankruptcy Noticing Center Re: Order. Service Date 01/15/2004. (Related Doc # 11) (Admin.) (Entered: 01/16/2004) |
| 01/15/2004 | 38 | Certificate of Service by Bankruptcy Noticing Center Re: Order. Service Date 01/15/2004. (Related Doc # 12) (Admin.) (Entered: 01/16/2004) |
| 01/15/2004 | 39 | Certificate of Service by Bankruptcy Noticing Center Re: Order. Service Date 01/15/2004. (Related Doc # 13) (Admin.) (Entered: 01/16/2004) |
| 01/16/2004 | 40 | Affidavit Re: *Scott J. Good (revised)* Filed by Alan J. Brody of Buchanan Ingersoll PC on behalf of Official Committees of Unsecured Creditors Re: 8 Motion to Appear pro hac vice. (Brody, Alan) (Entered: 01/16/2004) |
| 01/16/2004 | | Trial Hearing Re: 3 Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/2/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Satterlee, Terri USBC-VT) (Entered: 01/16/2004) |
| 01/18/2004 | 41 | Debtor's Motion for Summary Judgment Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc.. (Attachments: # 1 Proposed Order) (Castle, Ronald) (Entered: 01/18/2004) |
| 01/18/2004 | 42 | Debtor's Brief *in Support of Motion for Summary Denial* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. Re: 41 Motion for Summary Judgment. (Attachments: # 1 Index # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 18# 20 Exhibit 19# 21 Exhibit 20# 22 Exhibit 21# 23 Exhibit 22# 24 Exhibit 23# 25 Exhibit 24# 26 Exhibit 25# 27 Exhibit 26# 28 Exhibit 27# 29 Exhibit 28# 30 Exhibit 29# 31 Exhibit 30# 32 Exhibit 31# 33 Exhibit 32# 34 Exhibit 33# 35 Exhibit 34# 36 |

|  |  |  |
|---|---|---|
|  |  | Exhibit 35# 37 Exhibit 36# 38 Exhibit 37# 39 Exhibit 38# 40 Exhibit 39# 41 Exhibit 40# 42 Exhibit 41# 43 Exhibit 42# 44 Exhibit 43# 45 Exhibit 44# 46 Exhibit 45# 47 Exhibit 46# 48 Exhibit 47) (Castle, Ronald) Modified on 1/20/2004 to remove reptition of "exhibit" in each attached exhibit. (Edlund, S. Rebecca USBC-VT). (Entered: 01/18/2004) |
| 01/18/2004 | 43 | Debtor's Brief *Statement of Material Undisputed Facts* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. Re: 41 Motion for Summary Judgment, 42 Brief. (Castle, Ronald) (Entered: 01/18/2004) |
| 01/20/2004 |  | Action Due Re: 41 Motion for Summary Judgment: Atty informed by phone to serve & file C/S. Action Due by: 1/22/2004. (Edlund, S. Rebecca USBC-VT) (Entered: 01/20/2004) |
| 01/20/2004 | 44 | Order Granting Motion to Appear pro hac vice of Irve J. Goldman. (Related Doc # 14) (Edlund, S. Rebecca USBC-VT) (Entered: 01/20/2004) |
| 01/20/2004 | 45 | Order Authorizing Admission of *Pro Hac Vice* of James R. Byrne, Esq. for Official Committe of Unsecured Creditors and for James J. Licata. (Related Doc # 36) (Edlund, S. Rebecca USBC-VT) (Entered: 01/20/2004) |
| 01/20/2004 | 46 | Debtor's Certificate of Service *for Debtors' Motion for Summary Denial* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. Re: 41 Motion for Summary Judgment. (Castle, Ronald) (Entered: 01/20/2004) |
| 01/21/2004 | 47 | Debtor's Notice of *Notice of Filing (Corrected) Statement of Material Undisputed Facts* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. Re: 41 Motion for Summary Judgment, 42 Brief, 43 Brief. (Attachments: # 1 Exhibit 11 - Corrected) (Castle, Ronald) (Entered: 01/21/2004) |
| 01/21/2004 | 48 | Debtor's Brief *(Corrected) Statement of Material Undisputed Facts* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. Re: 47 Notice (Generic), 43 Brief. (Castle, Ronald) Modified on 1/22/2004 to create relationship to 41 Motion for Summary Judgment(Edlund, S. Rebecca USBC-VT). (Entered: 01/21/2004) |
| 01/21/2004 | 49 | Signed Affidavit Re: 15 Motion to Appear pro hac vice for James A. Scarpone. Filed by Irve J. Goldman of Pullman & Comley on behalf of Lorraine Mocco , Peter Mocco (Edlund, S. Rebecca USBC-VT) |

| | | |
|---|---|---|
| | | (Entered: 01/21/2004) |
| 01/22/2004 | 52 | Certificate of Service by Bankruptcy Noticing Center Re: Order. Service Date 01/22/2004. (Related Doc # 44) (Admin.) (Entered: 01/23/2004) |
| 01/22/2004 | 53 | Certificate of Service by Bankruptcy Noticing Center Re: Order. Service Date 01/22/2004. (Related Doc # 45) (Admin.) (Entered: 01/23/2004) |
| 01/23/2004 | 50 | Order Granting Motion to Appear pro hac vice by James A. Scarpone for Lorraine Mocco and Peter Mocco. (Related Doc # 15) (Edlund, S. Rebecca USBC-VT) (Entered: 01/23/2004) |
| 01/23/2004 | 51 | Second Stipulation, w/Proposed Order Concerning Briefing Schedules. By Lorraine Mocco, Peter Mocco and Between First Connecticut Consulting Group, Inc. Filed by Irve J. Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco (Related doc(s) 4 Scheduling Order, 30 Order.) (Edlund, S. Rebecca USBC-VT) (Entered: 01/23/2004) |
| 01/23/2004 | 54 | Order Denying 51 Second Stipulated Order Concerning Briefing Schedules. (Related Doc(s) 3 Motion to Dismiss Case, Motion for Sanctions, 4 Scheduling Order, 30 Order). Order served by fax. (Edlund, S. Rebecca USBC-VT) (Entered: 01/23/2004) |
| 01/23/2004 | | ENTRY Re: 54 Order. Served by fax as follows: Byrne, James@TYLER, COOPER & ALCOM@1-860-278-3802; Castle, Ronald@Arent Fox Kintner@1-202-857-6395; Estrada, Lisa@ARENT FOX KINTENER ET AL.@1-202-857-6395; Goldman, Irve@PULLMAN & COMLEY@1-203-576-8888; Good, Scott@BUCHANAN INGERSOLL@1-609-520-0360; Scarpone, James@SCARPONE STAIANO & SAVAGE@1-973-648-0152; Brody, Alan@BUCHANAN INGERSOLL@1-609-520-0360; Mackey, Steven@OFFICE OF THE US TRUSTEE@1-203-773-2217 (Edlund, S. Rebecca USBC-VT) (Entered: 01/23/2004) |
| 01/24/2004 | 55 | Supporting Response to *Debtors' Motion for Summary Denial of the Contested Motion by Peter and Lorraine Mocco to Dismiss Certain Chapter 11 Petitions* Filed by Alan J. Brody of Buchanan Ingersoll PC on behalf of Official Committees of Unsecured Creditors Re: 41 Motion for Summary Judgment. (Brody, Alan) (Entered: 01/24/2004) |
| 01/25/2004 | 56 | Memorandum of Law *on Behalf of Lorraine and Peter Mocco in Opposition to Licata Motion for Summary Disposition of the Moccos' Motion to dismiss Certain Chapter 11 Petitions* Filed by Irve J. Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/26/2004 to create relationship |

| | | |
|---|---|---|
| | | to 41 Motion for Summary Judgment. (Edlund, S. Rebecca USBC-VT). (Entered: 01/25/2004) |
| 01/25/2004 | 57 | Statement of Undisputed Facts *in Response to Licata's Statement of Undisputed Facts and Counterstatement of Additional Facts* Filed by Irve J. Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Goldman, Irve) Modified on 1/26/2004 to create relationship(s) to 41 Motion for Summary Judgment, 43 Statement of Undisputed Facts, and 47 & 48 Corrected Statements. (Edlund, S. Rebecca USBC-VT). (Entered: 01/25/2004) |
| 01/25/2004 | 58 | Statement of Undisputed Facts *in Response to Licata's Statement of Undisputed Facts and Counter-statement of Additional Facts* Filed by Irve J. Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Attachments: # 1 attachment 2 to Statement of Facts# 2 Attachment 1a to Statement of Facts# 3 Attachment 1b Mocco Statement of Facts# 4 Attachment 1c to Statement of Facts) (Goldman, Irve) Modified on 1/26/2004 to create relationship(s) to 41 Motion for Summary Judgment, 43 Statement of Undisputed Facts, and 47 & 48 Corrected Statements and to Note this is a complete filing of 57 Statement of Undisputed Facts in Response to Licata's Statement of Undisputed Facts and Counterstatement of Additional Facts RE-ENTERED in order to include attachments (per phone call w/I. Goldman's office.) [(Edlund, S. Rebecca USBC-VT). (Entered: 01/25/2004) |
| 01/25/2004 | 59 | Certificate of Service by Bankruptcy Noticing Center Re: Order. Service Date 01/25/2004. (Related Doc # 50) (Admin.) (Entered: 01/26/2004) |
| 01/27/2004 | 60 | Certificate of Service Filed by Irve J. Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco Re: 58 Statement of Undisputed Facts, 56 Memorandum of Law. (Goldman, Irve) (Entered: 01/27/2004) |
| 01/27/2004 | 61 | Amendment to 4 Scheduling Order Re: 3 Motion to Dismiss Case, Motion for Sanctions (related doc(s) 30 Order.) Served by fax as follows: Byrne, James@TYLER, COOPER & ALCOM@1-860-278-3802; Castle, Ronald@Arent Fox Kintner@1-202-857-6395; Estrada, Lisa@ARENT FOX KINTENER ET AL.@1-202-857-6395; Goldman, Irve@PULLMAN & COMLEY@1-203-576-8888; Good, Scott@BUCHANAN INGERSOLL@1-609-520-0360; Scarpone, James@SCARPONE STAIANO & SAVAGE@1-973-648-0152; Brody, Alan@BUCHANAN INGERSOLL@1-609-520-0360; Mackey, Steven@OFFICE OF THE US TRUSTEE@1-203-773-2217 (Edlund, S. Rebecca USBC-VT) (Entered: 01/27/2004) |
| 01/27/2004 | | Trial Hearing Per 61 Amendment to 4 Scheduling Order Re: 3 |

| | | |
|---|---|---|
| | | Motion to Dismiss Case, Motion for Sanctions. Trial date set for 2/3/2004 at 09:00 AM at 3: U.S. Bankruptcy Court at U.S. Post Office and Courthouse, Rutland. (Edlund, S. Rebecca USBC-VT) (Entered: 01/27/2004) |
| 01/28/2004 | 62 | Debtor's Reply *in Support of Summary Denial of Contested Motion by Peter and Lorraine Mocco to Dismiss Certain Chapter 11 Petitions* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. Re: 58 Statement of Undisputed Facts, 48 Brief, 41 Motion for Summary Judgment, 42 Brief, 55 Response, 56 Memorandum of Law. (Attachments: # 1 Exhibit # 2 Exhibit) (Castle, Ronald) Modified on 1/29/2004 to edit text. (Edlund, S. Rebecca USBC-VT). (Entered: 01/28/2004) |
| 01/28/2004 | 63 | Debtor's Brief *Debtors' Bench Memorandum For Evidentiary Hearing Beginning February 2, 2004 On Contested Motion By Peter And Lorraine Mocco To Dismiss Certain Chapter 11 Petitions* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc.. (Castle, Ronald) Modified on 1/29/2004 to create relationship to 3 Motion to Dismiss (Edlund, S. Rebecca USBC-VT). (Entered: 01/28/2004) |
| 01/28/2004 | 64 | Pre-Trial Statement Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc.. (Castle, Ronald) Modified on 1/29/2004 to create relationship to 3 Motion to Dismiss. (Edlund, S. Rebecca USBC-VT). (Entered: 01/28/2004) |
| 01/28/2004 | | Consent Filed by Alan J. Brody of Buchanan Ingersoll PC on behalf of Official Committees of Unsecured Creditors Re: 64 Pre-Trial Statement. (Brody, Alan) (Entered: 01/28/2004) |
| 01/29/2004 | 65 | Certificate of Service *of Response in Support of Debtors' Motion for Summary Denial* Filed by Alan J. Brody of Buchanan Ingersoll PC on behalf of Official Committees of Unsecured Creditors Re: 55 Response. (Brody, Alan) (Entered: 01/29/2004) |
| 01/30/2004 | 66 | Exhibit *Errata Sheet to Mocco Parties' Response to "Licata's Statement of Material Undisputed Facts" and Counter-Statement of Additional Facts* Filed by Irve J. Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco. (Attachments: # 1 Statement of Facts) (Goldman, Irve) Modified on 2/2/2004 to create relationships 57 41 (Edlund, S. Rebecca USBC-VT). (Entered: 01/30/2004) |
| 01/30/2004 | 67 | Signature Page of 56 Memorandum of Law on Behalf of Lorraine and Peter Mocco in Opposition to Licata Motion for Summary |

| | | |
|---|---|---|
| | | Disposition of the Moccos' Motion to dismiss Certain Chapter 11 Petitions . (Ford, Kathleen USBC-VT) (Entered: 01/30/2004) |
| 01/30/2004 | 68 | Order Denying Motion for Summary Denial of Motion to Dismiss. Copy served via fax to all attorneys of record. (Related Doc # 41) (Ford, Kathleen USBC-VT) (Entered: 01/30/2004) |
| 02/01/2004 | 69 | Certificate of Service by Bankruptcy Noticing Center Re: Order. Service Date 02/01/2004. (Related Doc # 68) (Admin.) (Entered: 02/02/2004) |
| 02/02/2004 | 70 | Memorandum of Law *on Behalf of Peter and Lorraine Mocco* Filed by Irve J. Goldman of Pullman & Comley on behalf of Lorraine Mocco, Peter Mocco Re: 63 Brief. (Goldman, Irve) Modified on 2/3/2004 to create relationship to 3 Motion to Dismiss (Edlund, S. Rebecca USBC-VT). (Entered: 02/02/2004) |
| 02/02/2004 | | Hearing Held Re: Trial, 3 Motion to Dismiss Case, Motion for Sanctions. Testimony taken. Exhibits admitted. Trial adjourned to 2/3/04. (Satterlee, Terri USBC-VT) (Entered: 02/03/2004) |
| 02/04/2004 | | Hearing Held Re: Trial, 3 Motion to Dismiss Case, Motion for Sanctions. Testimony taken. Evidence admitted. Trial adjourned to 2/4/04. (Satterlee, Terri USBC-VT) (Entered: 02/04/2004) |
| 02/04/2004 | | Hearing Held Re: Trial, 3 Motion to Dismiss Case, Motion for Sanctions. Testimony taken. Exhibits admitted. Atty Castle to file Motion n in Limine by 3pm on Fri., 2/6/04. Atty Scarpone to file any response by 3pm on Sun., 2/8/04. Matter adjourned to 2/9/04 at 9:00 am. (Satterlee, Terri USBC-VT) Modified on 2/4/2004 (Killigrew, Patricia USBC_VT). (Entered: 02/04/2004) |
| 02/06/2004 | 71 | Debtor's Response to *Untimely Bench Memorandum Filed by Peter and Lorraine Mocco* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. Re: 70 Memorandum of Law. (Castle, Ronald) Modified on 2/11/2004 ro create relationship to 3 Motion to Dismiss (Edlund, S. Rebecca USBC-VT). (Entered: 02/06/2004) |
| 02/06/2004 | 72 | Debtor's Motion to Amend *Pre-Trial Statement to Substitute Witness and to Change Locus for Hearing Date nn February 20, 2004* Filed by Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc. Re: 64 Pre-Trial Statement. (Castle, Ronald) (Entered: 02/06/2004) |
| 02/09/2004 | 73 | Order Establishing Criteria For Admission of Certain "Propensity" Evidence. Re: 71 Response, 70 Memorandum of Law.. (Ford, |

| | | |
|---|---|---|
| | | Kathleen USBC-VT) Modified on 2/9/2004 to add corrected image. Correct imaged faxed to all attorney's of record.(Ford, Kathleen USBC-VT). (Entered: 02/09/2004) |
| 02/09/2004 | 83 | Transcript of Trial Held 2/2/4 Morning Session. Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) Modified on 3/9/2004 to subsititute word trial for hearing (Edlund, S. Rebecca USBC-VT). (Entered: 03/09/2004) |
| 02/09/2004 | 84 | Transcript of Trial held 2/2/4 Afternoon Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) Modified on 3/9/2004 to subsititute word trial for hearing (Edlund, S. Rebecca USBC-VT). (Entered: 03/09/2004) |
| 02/09/2004 | 85 | Transcript of Trial held 2/3/4 Morning Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) Modified on 3/9/2004 to subsititute word trial for hearing (Edlund, S. Rebecca USBC-VT). (Entered: 03/09/2004) |
| 02/09/2004 | 86 | Transcript of Trial Held 2/3/4 Afternoon Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/09/2004 | 87 | Transcript of Trial held 2/4/4 Afternoon Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/10/2004 | | Hearing Held Re: Trial, 3 Motion to Dismiss Case, Motion for Sanctions. Motion to amend pretrial statement to substitute party and to change 2/20/04 hearing location to Burlington; Granted orally. Oral Motion by debtors re propensity evidence per FRE 404(b); granted. Evidence admitted. Testimony taken. Matter adjourned to 2/10/04 at 1:00. (Satterlee, Terri USBC-VT) Modified on 2/10/2004 (Satterlee, Terri USBC-VT). (Entered: 02/10/2004) |
| 02/11/2004 | | Hearing Held Re: Trial, 3 Motion to Dismiss Case, Motion for Sanctions. Testimony taken. Exhibits admitted. Matter adjourned to 2/11/04. (Satterlee, Terri USBC-VT) (Entered: 02/11/2004) |
| 02/11/2004 | 74 | Stipulation and Order for Exchange of Documents (Related Doc # 72) (Edlund, S. Rebecca USBC-VT) (Entered: 02/11/2004) |
| 02/11/2004 | | Trial Hearing Held 3 Motion to Dismiss Case, Motion for Sanctions. Exhibits admitted. Testimony taken. Matter adjourned to 2/19/04. (Satterlee, Terri USBC-VT) (Entered: 02/11/2004) |
| 02/13/2004 | 75 | Certificate of Service by Bankruptcy Noticing Center Re: Order. |

| | | |
|---|---|---|
| | | Service Date 02/13/2004. (Related Doc # 74) (Admin.) (Entered: 02/14/2004) |
| 02/14/2004 | 88 | Transcript of Trial Held 2/2/4 Afternoon Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. Note: This is same as 84 Transcript but formatted differently. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/14/2004 | 89 | Transcript of Trial Held 2/3/4 Morning Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. Note: This is same as 85 Transcript but formatted differently. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/14/2004 | 90 | Transcript of Trial Held 2/4/4 Afternoon Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. Note: This is same as 87 Transcript but formatted differently. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/14/2004 | 91 | Transcript of Trial Held 2/9/4 Morning Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/14/2004 | 92 | Transcript of Trial held 2/10/4 Morning Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/19/2004 | | Continued Trial Hearing Held Re: Trial, 3 Motion to Dismiss Case, Motion for Sanctions. Testimony taken. Matter adjourned to 2/20/04 at 9:00- 4:30pm at the Burlington, VT location and then 2/27/04 from 10:00- noon at the Rutland, VT location. Stipulation re admitted exhibits and deposition testimony, and CD containing all admitted exhibits and stipulated portions of depositions to be filed by 2/25/04 and if there is any dispute regarding the admission of deposition testimoy, counsel is to notify the court by 5:00pm on 2/24/04. The briefing schedule for post-trial memos of law will be set at the conclusion of the 2/227/04 hearing. (Satterlee, Terri USBC-VT) (Entered: 02/19/2004) |
| 02/21/2004 | 93 | Transcript of Trial held 2/9/4 Afternoon Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/21/2004 | 94 | Transcript of Trial held 2/11/4 Afternoon Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/21/2004 | 95 | Transcript of Trial held 2/19/4 Morning Session and Afternoon |

|  |  |  |
|---|---|---|
|  |  | Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) Modified on 6/30/2004 to edit text to include afternoon session of trial as transcribed. (Edlund, S. Rebecca USBC-VT). (Entered: 03/09/2004) |
| 02/23/2004 |  | Continued Trial Hearing Held Re: Trial, 3 Motion to Dismiss Case, Motion for Sanctions. Testimony taken. Parties to inform court if testimony of B. Michaels is to be taken. Matter adjourned for closing statements to 2/27/04 at 10:00. (Satterlee, Terri USBC-VT) (Entered: 02/23/2004) |
| 02/23/2004 | 96 | Transcript of Trial held 2/20/4 Morning Session Re: 3 Motion to Dismiss Case, Motion for Sanctions. (Edlund, S. Rebecca USBC-VT) (Entered: 03/09/2004) |
| 02/25/2004 | 76 | Joint Stipulation *In Lieu of Testimony by Bernard J. Michael* By First Connecticut Consulting Group, Inc., Lorraine Mocco, Peter Mocco and Between Counsel Filed by James A. Scarpone of Scarpone, Staiano, & Savage, LLC, Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc., Lorraine Mocco, Peter Mocco. (Castle, Ronald) (Entered: 02/25/2004) |
| 02/26/2004 | (77) | Joint Stipulation *of Deposition and Recording Designations* By First Connecticut Consulting Group, Inc., Lorraine Mocco, Peter Mocco and Between Counsel Filed by James A. Scarpone of Scarpone, Staiano, & Savage, LLC, Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc., Lorraine Mocco, Peter Mocco. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10) (Castle, Ronald) (Entered: 02/26/2004) |
| 02/26/2004 *Certain plus exhibits listed in stipulation* | (78) | Joint Stipulation *Respecting Consolidated Index of Trial Exhibits* By First Connecticut Consulting Group, Inc., Lorraine Mocco, Peter Mocco, Official Committees of Unsecured Creditors and Between Counsel Filed by Alan J. Brody of Buchanan Ingersoll PC, James A. Scarpone of Scarpone, Staiano, & Savage, LLC, Ronald L Castle of Arent Fox Kintner Plotkin & Kahn PLLC on behalf of First Connecticut Consulting Group, Inc., Lorraine Mocco, Peter Mocco, Official Committees of Unsecured Creditors. (Castle, Ronald) (Entered: 02/26/2004) |
| 02/27/2004 |  | Hearing Held Re: Trial, 3 Motion to Dismiss Case, Motion for Sanctions. Closing arguments. Trial concluded. Memos of Law and Proposed Findings of Facts and Conclusions of Law due by 3/15/04 with replies from all parties due by 3/22/04. (Satterlee, Terri USBC-VT) (Entered: 03/01/2004) |